CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff, SCOTT JOHNSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ENDS IN E. INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 5:20-cv-06946-EJD<br><br>**NOTICE OF SETTLEMENT** |

The plaintiff hereby notifies the court that a partial settlement has been reached in the above-captioned case as to damages only. The case will proceed via noticed motion as to attorney fees/costs. The parties would like to avoid any additional expense, and further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed after the motion for fees/costs is heard and settlement is funded.

                              CENTER FOR DISABILITY ACCESS

Dated: March 23, 2021         By: /s/ Amanda Seabock
                                  Amanda Seabock
                                  Attorney for Plaintiff