UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>ENDS IN E. INC.,<br><br>    Defendant. | Case No.  5:20-cv-06946-EJD<br><br>**ORDER OF DISMISSAL** |

On March 23, 2021, Plaintiff filed a notice of settlement. Dkt. No. 13. This Court then set a deadline for Plaintiff to file a motion for fees and costs. Dkt. No. 14. Plaintiff filed his motion, and this Court issued an order granting in part and denying in part Plaintiff's motion for attorneys' fees. *See* Dkt. No. 22. Because the Parties have settled the underlying action and this Court has resolved fees and costs, the Court **DISMISSES this action.** The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 24, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-06946-EJD
ORDER OF DISMISSAL

1